# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2025

## NO. 03-24-00719-CV

**Jennifer L. Mushtaler and Trent S. Mushtaler and Joshua D. Bezoni, Appellants**

**v.**

**The City of Austin, Texas, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on August 2, 2024. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.